ACCEPTED
04-14-00905-CV
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
2/9/2015 10:57:13 AM
KEITH HOTTLE
CLERK

GOODE CASSEB JONES
RIKLIN CHOATE & WATSON
A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW
2122 N. MAIN AVENUE
P O BOX 120480
SAN ANTONIO, TEXAS 78212-9680

TELEPHONE
(210) 733-6030
FACSIMILE
(210) 733-0330

JOHN GOODE
(1923-1994)

Sender's e-mail: jcasseb@goodelaw.com

February 9, 2015

**Via facsimile**

Mr. Keith E. Hottle
Clerk, Fourth Court of Appeals
Cadena - Reeves Justice Center
300 Dolorosa, Suite 3200
San Antonio, Texas 78205

Re: Court of Appeals No. 04-14-00905-CV-DI; Escondido Resources II, LLC v. Justaphor Ranch, L.C.

Dear Mr. Hottle,

On Saturday, February 7, 2015, the undersigned conducted a mediation of this matter in accordance with the court's order of January 22, 2015. I am pleased to report that the parties made significant progress, but additional time is needed to determine whether this matter can be concluded with a settlement. In that regard, the undersigned, with concurrence of the parties, requests that all appellate deadlines currently suspended until February 13, 2015 be further extended until April 1, 2015.

Sincerely,

Joseph Casseb

cc:
Robert Dubose
ALEXANDER DUBOSE JEFFERSON &
TOWNSEND LLP
1844 Harvard Street
Houston, Texas 77008

Timothy Patton
TIMOTHY PATTON, P.C.
14546 Brook Hollow #279
San Antonio, Texas 78232

Patton G. Lochridge
McGINNIS, LOCKRIDGE & KILGORE, LLP
600 Congress Avenue, Suite 2100
Austin, Texas 78701

James P. Keenan
J. Robin Lindley
BUCK KEENAN, LLP
700 Louisiana, Suite 5100
Houston, Texas 77002

Wallace Jefferson
ALEXANDER DUBOSE JEFFERSON
TOWNSEND APPELLATE COUNSEL
515 Congress Avenue, Suite 2350
Austin, Texas 78701

JSC:crg
3158-2777